UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN −5 2024

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MACK MITCHELL, and | ) |
| ANGEL HENDERSON, | ) |
| | ) |
| Defendants. | ) |

**4:24CR276 HEA/JMB**

## INDICTMENT

### COUNT I
### (Sex trafficking of a minor)

The Grand Jury charges that:

On or about February 23, 2024, within the Eastern District of Missouri and elsewhere,

and in and affecting interstate and foreign commerce, the defendants,

**MACK MITCHELL**
**and**
**ANGEL HENDERSON,**

did knowingly attempt to recruit, entice, harbor, transport, provide, obtain, maintain, patronize and

solicit a person whom [s]he believed was under the age of 18 years and would be caused to engage

in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591 and 1594(a).

## COUNT 2
## (Coercion and Enticement)

The Grand Jury further charges that:

On or about February 23, 2024, within the Eastern District of Missouri, the defendant,

**ANGEL HENDERSON,**

used a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years old to engage in sexual activity for which any person can be charged with a criminal offense, including Mo. Rev. Stat. §§566.030.

In violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422, the defendant shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense[s] and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

2.      If any of the property described above, as a result of any act or omission of the defendant:

> a.      cannot be located upon the exercise of due diligence;
>
> b.      has been transferred or sold to, or deposited with, a third party;
>
> c.      has been placed beyond the jurisdiction of the court;
>
> d.      has been substantially diminished in value; or
>
> e.      has been commingled with other property which cannot be divided without

difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
DIANNA R. COLLINS, 59641MO
Assistant United States Attorney